NOMURA ASSET CAPITAL CORPORATION et al., Respondents-Appellants, v CADWALADER, WICKERSHAM & TAFT LLP, Appellant-Respondent.

Submitted October 20, 2014; decided October 22, 2015

Motion to strike portions of defendant's brief denied.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v NATANAEL SAGASTUMEAL VARENGA, Respondent.

Submitted October 19, 2015; decided October 22, 2015

Motion by Randy Hertz et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

STEPHANIE RAAB, Respondent, v KEVIN RAAB, Appellant.

Submitted August 24, 2015; decided October 22, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.